455 A.2d 212

Wallace, Jr., Appellant v. University of Pittsburgh.

Argued April 14, 1982. David B. Washington, for appellant; Robert Joseph Marino, for appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The judgment entered March 29, 1982 is affirmed.